# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | |
|---|---|
| In re:<br><br>    Cydne Ann Farris<br><br>            Debtor | Case No. 21-50621<br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby appears in this bankruptcy proceeding, as Counsel for Cydne Ann Farris, the Debtor, and requests that John Goetz Law, PLC be placed upon the mailing list of those Creditors, parties in interest, and Counsel who receive all Notices in this proceeding.

Respectfully submitted,

/s/ John P. Goetz
John P. Goetz, VSB # 78514
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
T: (540) 359-6605
F: (540) 359-6610
docs@johngoetzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2022, I have provided a copy of the foregoing Notice of Appearance and Request for Notices, via the CM/ECF system or by first-class, postage paid mail all creditors or parties in interest.

/s/ John P. Goetz
John P. Goetz, VSB #78514