**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

In re:

    Cydne Ann Farris

        Debtor(s)

Case No. 21-50621-RBC
Chapter 13

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Comes now the Debtor, Cydne Ann Farris, by counsel, pursuant to 11 U.S.C. § 1307(b), and she hereby voluntarily moves this Honorable Court to dismiss her Chapter 13 case, without prejudice.  In support thereof, the Debtor further states as follows:

1.     The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on December 22, 2021

2.     This case was originally filed under Chapter 13 and has not previously been converted to a case under 11 U.S.C. §§ 706, 1112, or 1208.

3.     There is no causal connection between a Motion for Relief and the Debtor's request to be dismissed from her case.

Wherefore, the Debtor, Tonya Renee Dysart, prays that this Honorable Court dismiss her Chapter 13 case.

Dated: February 8, 2022

By:    /s/ John P. Goetz
        John P. Goetz, VSB # 78514
        John Goetz Law, PLC
        86 W. Shirley Avenue
        Warrenton, Virginia 20186
        Phone: (540) 359-6605
        Facsimile: (540) 359-6610
        *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this February 8, 2022, I have provided a copy of the foregoing Motion to Dismiss, via the CM/ECF system or by first-class, postage paid mail, to all creditors listed on the Court's mailing matrix who have requested notices, the Chapter 13 Trustee, and the United States Trustee.

        /s/ John P. Goetz
        John P. Goetz, VSB #78514